## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TERRY PROCTOR

ADC #87410                                                                                     PLAINTIFF

V.                                    5:09CV00172 WRW

DAVID WHITE *et al.*                                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of July, 2009.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE